## Statement of Facts

CA 05 255 T

1. On February 24, 2005, Plaintiff was assaulted and knocked unconscious, thrown to the floor by Security officer(s) employee(s) of Wal-Mart Dept. store.

2. The Plaintiff suffered and is continuing to suffer emotional distress upon viewing the knot on his forehead, one "cuts and blood" covering the Plainfiff's face.

## Cause of Action

1. The Plaintiff alleges that the following of his Constitutional rights, privileges and immunities have been violated:

   A. The Plaintiff believes that the defendants failed to comply with Wal-Mart policy as it reflects the insurance of private citizen(s).

   B. The Plaintiff is strongly assured that the security officer(s) employed by the defendant Wal-Mart Dept. store has exercised discrimination by not affording him medical attention for the pain and suffering the Plaintiff had to endure

## Supporting Facts

1. Plaintiffs' injuries are well documented by the Kent County Memorial Hospital, Warwick, Rhode Island, Emergency Department, dated 02/24/05.

2. Plaintiff was denied access to an attorney by the sheriffs and to date can not recall standing before the court for a plea.

3. Plaintiff was referred to by the Defendants (guard(s)) as a "fucking asshole, piece of shit and a low life". Defendant(s) further made comments to the effect that they hoped the Plaintiff would die.

4. Defendant(s) actions were wanton, reckless and malicious and meant to afflict harm and personal injury and emotional distress on the Plaintiff.

## Injury to the Plaintiff

1. The Plaintiff has been seriously affected by the discrimination exhibited by the Defendant(s).

2. The Plaintiff is requesting the assistance of mental health to maintain the shock of witnessing the pain caused him by the Defendant(s).

3. The Plaintiff continues to see and smell blood each and every day. In addition to migraine headaches and recalling the pain and agony on his face and body

## Requested Relief

1. $950,00.00 In Punitive Damages
2. $950,00.00 In Compensatory Damages
3. $250,00.00 In Pecuniary Damages
4. $950,00.00 In Emotional Distress Damages

## Demand for a Jury trial

The Plaintiff requests a jury trial.

Signed this 26th day of May, 2005.

Mark DeCosta

Mark DeCosta, Pro-se
Plaintiff