AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of Rhode Island

MArK steven DeCosta
Plaintiff

V.

WAl-Mart et. Al.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

[redacted] 05 255T

CASE NUMBER:

I, MArK DeCosta declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Corrigan, CI uncasville, CT

   Are you employed at the institution? no Do you receive any payment from the institution? no

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. ____________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

FILED 2005 JUN 13 A 10: 35

I declare under penalty of perjury that the above information is true and correct.

6-7-05
Date

Mark DaCosta
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

FILED 2005 JUN 13 A 11: 23

OMS 4.0 - [DISPLAY TRUST ACCOUNTS]

Help Window

User: COR115 CONNECTICUT DEPARTMENT OF CORRECTION Date: 06/08/2005

DOC# 0000267923 BKG# 4 Name DECOSTA, MARK

**Trust Summary**

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| 10/13/2004 | CTDOC | REG | CEC SAL ORD #2710772 | 6.92 | 7.10 | 0.00 |
| 03/21/2005 | CTDOC | REG | CRS SAL ORD #3058194 D3 | <6.38> | 0.72 | 0.00 |
| 03/28/2005 | CTDOC | REG | CRS SAL ORD #3071324 D3 | <0.56> | 0.16 | 0.00 |
| 03/29/2005 | CTDOC | REG | Mail Receipts 140 | 40.00 | 40.16 | 0.00 |
| 04/04/2005 | CTDOC | REG | CRS SAL ORD #3084593 D3 | <36.60> | 3.56 | 0.00 |
| 04/19/2005 | CTDOC | REG | K1 /KIT DSP /FUL /Rg:1 3 @0.75 04/05/2005-04/07/ | 2.25 | 5.81 | 0.00 |
| 04/19/2005 | CTDOC | REG | CRS SAL ORD #3104432 D3 | <2.23> | 3.58 | 0.00 |
| 04/28/2005 | CTDOC | REG | CRS SAL ORD #3121534 D3 | <3.53> | 0.05 | 0.00 |
| 04/29/2005 | CTDOC | REG | K1 /KIT DSP /FUL /Rg:1 6 @0.75 04/08/2005-04/14/ | 9.75 | 9.80 | 0.00 |
| 05/04/2005 | CTDOC | REG | Mail Receipts 140 | 30.00 | 39.80 | 0.00 |
| 05/05/2005 | CTDOC | REG | CRS SAL ORD #3135043 D3 | <37.40> | 2.40 | 0.00 |
| 05/12/2005 | CTDOC | REG | K1 /KIT DSP /FUL /Rg:1 7 @0.75 04/22/2005-04/28/ | 10.50 | 12.90 | 0.00 |
| 05/16/2005 | CTDOC | REG | CRS SAL ORD #3156054 D3 | <12.06> | 0.84 | 0.00 |

Account Balances : 1.90 0.00

OTIDTACC

Press List of Values to display GL Transaction Details

Record: 35/?