Certification

7-6-05

United States District Court
for the district of Rhode Island

MARK Steven DeCostA :
Plaintiff : CA 05-255T
v. :
:
WAL-MART, ET AL., :
Defendants

To the Clerk of the Court,
In response to the order denying my Application to proceed without prepayment of fees.

I MARK DeCostA request to proceed in Forma pauperis with these Copies of my Inmate trust Account From CTDOC, Copies are produced by and verified and notorized by prison official Gary Credit CC. 7-6-05. These copies show Aug, sep, OCT of 04 I was released Octobe 18 of 2004 and reincarcerated in CT at date of March 11, 05 copies show the lapse of 10/13/04 – 3/21/05 but do verify past 6 month of incarceration, please proceed without prepayment of fees.

FILED

Thank you,
MarK DeCosta
Mark DeCosta