**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MARK STEVEN DECOSTA,
Plaintiff

v. C.A. No. 05-255T

WAL-MART,
Defendant

**SHOW CAUSE ORDER**

On or before **September 15th, 2006**, the plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution, namely failure to serve the defendant after 120 days of the filing of the complaint. Plaintiff has further failed to pay the filing fee for the filing of this case. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge
Date: 9/15/06
FORMS/SHWCAUS2.ORD