# UNITED STATES DISTRICT COURT
## District of RHode Island

MARK Steven DeCostA, : C.A. No. 05-255T
Plaintiff :

v. :

WAL-MART, :
Defendant :

## Motion for Extention of time

The Plaintiff in the above caption requests this honorable court to grant an sixty (60) day extention of time in order for Plaintiff to research and respond to the order to, show cause order.

Respectfully Submitted
The Plaintiff
MARK Steven DeCostA
Mark Steven DeCosta.
9-7-06