Deputy Clerk, 10-17-06

Show Cause.

Mark Steven DeCosta, C.A. No. 05-255T

vs

WAL-MART

I respectfully submit in writing, I am incarcerated in Enfield C.I. and have been incarcerated since march 05. I do not have any access to a CT. Law Library, let alone a R.I Law Library. I furthermore, was unaware of procedures to proceed this case. I ask with this partial ~~for~~ filing fee of 45.00 which is required and the enclosed USM-285, Waiver of service of Summons, Notice of law suit and request for waiver of service of summons, I ask that this case is not dismissed and all parties of Defendants are served.

Respectfully Submitted

Mark DeCosta