UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MARK STEVEN DECOSTA

v. CA No. 05-255-T

WAL-MART

**ORDER**

The plaintiff's response to the Court's August 15, 2006, order is treated as a motion to extend the time to show cause why this case should not be dismissed for failure to serve the defendant within 120 days after filing the complaint and the plaintiff may have until December 15, 2006, to respond to the show cause order. A copy of Rule 4 of the Federal Rules of Civil Procedure has been sent to the plaintiff because he states that he does not have access to a law library which contains information regarding service of process.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Nov. 16, 2006