①

U.S. District Court
District of Rhode Island
Clerk of the Court

To: Clerk of the Court, Ryan H. Jackson
From: Mark S. DeCosta #267923
Date: January 15, 2007
Re: Show of Cause Order For CA05-255T DeCosta-v-WAlMart

To the Court;

I initially filed this lawsuit in early 2005 in the hope of recouping loss suffered at the hands of overzealous security personnel at the WAl-MArt store in Kent County Rhode Island. (Warwick)

As I am incarcerated in Conn, on unrelated charges with no access to Rhode Island courts, laws or other rules of the governing body. I am completely at the courts mercy.

I filed a motion for leave to proceed in Forma Paupers (7-15-05) and was granted the motion on 7-19-05. The Motion requested me to pay 20% of each month's income. Income is money earned by myself in my present job as I interpret your laws.

I had no job at Corrigan C.I. and was transferred to Radgowski C.I. on 2-23-06 and finally trasferred to Enfield C.I. on 7-7-06. I finally started working in 10-06 and make $20.00 A month for Janitorial duties in the school building

As I transferred from one District to another and the back again, my paperwork for you is being withheld on the whim of the Dept. of Corrections. I have written to both inmate Accounts and Records for copies of my Inmate Trust Fund Activity. As I get them I can send them to you.

Rule 4. Summons states that my summons shall be signed ~~by~~ and sealed by the Court Clerk and sent back to me for service by the Marshalls service. I have sent the forms to the Marshalls Service and was sent a letter direcing me to get 3 copies of the Informa Pauperis motion granted 7-19-05 sent to them.

Upon return of my correspondence to the Marshall Service, I sent a copy of the letter to the Clerks office with a check for $27.00 to cover my fees for copies. All of this has been returned to me and now I must answer a Show of Cause Order.

On Feb 24, 2005, I suffered real and lasting injuries to my person, inflicted by overzealous Security Personnel employed by Wal-Mart. I was denied all of my rights and Due process rights. I was denied all of my persona liberties afforded me by the Constitution of the United States. Wal-Mart employees are not certified and or qualified to physically restrain anyone. In their own Rule/guideline —

book they are ordered to "Not Physically restrain anyone" "To standaside and take down license plate numbers or other pertinent information."

There is no cause for the injuries I sustained ~~at~~ at the hands of these individuals. In my capacity as a Citizen of The United States, I'm afforded Rights and Priveleges which were stolen from me. I plead ignorance in the way in which I went about the Filing of this suit as I have no access to court documents in Conn. Prison.

With the help and wisdom of this Court I wish to proceed with this case. I just ask the courts patience in dealing with some one who has never done this before.

Please do not dismiss this case, as my injuries are real. I ask for your help with following the proper procedures to see this through.

Thank you for your time.

Sincerely,
Mark S DeCosta

MArK S. DeCosta #267923
C.C.I. Enfield
P.O. Box 1500
Enfield, CT. 06083