UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARC STEVE DECOSTA,
Plaintiff

v. C.A. No. 05-255T

WAL-MART,
Defendant

**ORDER OF DISMISSAL**

On November 16, 2006 the Plaintiff was ordered to show good cause why this case should not be dismissed for failure to pay the $250.00 filing fee and for lack of prosecution, namely failure to serve the Defendant. Since the Plaintiff has failed to show cause, the case is hereby dismissed.

It is so ordered.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
DATE: 2/11/2008